# UNITED STATES DISTRICT COURT

for the
Northern District of West Virginia

| | | |
|---|---|---|
| ISAAC HARRISON | | |
| *Plaintiff(s)* | | |
| v. | Civil Action No. | 5:23-cv-69 |
| WARDEN BROWN | | |
| *Defendant(s)* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award        ☐ Judgment costs        ☒ Other

other:    The Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241 is DENIED and DISMISSED. The Clerk is directed to STRIKE this matter from the active docket of this Court and enter judgment in favor of respondent.

This action was:

☐ tried by jury        ☐ tried by judge        ☒ decided  by judge

decided by Judge    John Preston Bailey

Date:    April 26, 2023

*CLERK OF COURT*
Cheryl Dean Riley
/s/ N.M. Maxwell,  Deputy Clerk

*Signature of Clerk or Deputy Clerk*